1 | KRISTINA S. HOLMAN
Nevada Bar No. 3742
2 | 703 S. Eighth Street
Las Vegas, NV 89101
3 | Tel: (702) 614-4777
Fax: (702) 487-3128
4 | Email: kholman@kristinaholman.com
    Attorney for Plaintiff,
5 |    RICHARD WILLIAMS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| RICHARD WILLIAMS, | ) | Case No.: 2:14-cv-01892-RCJ-PA |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS AND FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS** |
| CLARK COUNTY SCHOOL DISTRICT; and DOES I through X, inclusive, | ) | |
| Defendants. | ) | **(First Request)** |

   Plaintiff, RICHARD WILLIAMS, by and through his attorney, Kristina S. Holman, and Defendant, CLARK COUNTY SCHOOL DISTRICT, by and through its attorney, Scott Greenberg, hereby stipulate and agree to extend the time for Plaintiff to file his opposition to Defendant's Motion to Dismiss and for Defendant to file its Reply.

   Specifically, Plaintiff shall have through and including March 20, 2015 to file his opposition to Defendant's Motion to Dismiss and Defendant shall have through and including April 3, 2015 to file its Reply in Support of Motion to Dismiss.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Respectfully submitted this 13th day of March, 2015.

| Holman Law Office | Clark County School District |
|---|---|
| By: /s/ _____<br>Kristina S. Holman<br>703 S. Eighth Street<br>Las Vegas, NV 89101<br>Attorney for Plaintiff,<br>Richard Williams | By: /s/ _____<br>Scott Greenberg<br>Asst. General Counsel<br>5100 W. Sahara Ave.<br>Las Vegas, NV 89146<br>Attorney for Defendant,<br>Clark County School District |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 03/17/2015**

2