1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  S. SCOTT GREENBERG, ESQ.
   Nevada Bar No. 4622
3  5100 W. Sahara Ave.
   Las Vegas, Nevada 89146
4  (702) 799-5373
   Attorney for Defendant,
5  CLARK COUNTY SCHOOL DISTRICT

6              **UNITED STATES DISTRICT COURT**

7                   **DISTRICT OF NEVADA**

8  | RICHARD WILLIAMS, | CASE NO. 2:14-cv-01892-RCJ-PAL |
   |---|---|
   | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
   | v. | |
   | CLARK COUNTY SCHOOL DISTRICT; and DOES I through X, inclusive, | |
   | Defendants. | |

        COMES NOW, Plaintiff and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and each party to bear its own costs and attorney's fees.  The parties agree that neither party is a prevailing party in this action and neither party will seek any attorney's fees

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

1  or costs pursuant to any rule, statute or law, whether local, state
2  or federal.
3       DATED this <u>25th</u> day of May, 2015.

5    CLARK COUNTY SCHOOL DISTRICT
     Office of the General Counsel         HOLMAN LAW OFFICES

7  By: /s/ S. Scott Greenberg              By:/s/ Kristina S. Holman
       S. SCOTT GREENBERG                     KRISTINA S. HOLMAN
8      Nevada Bar No. 4622                    Nevada Bar No. 3742
       5100 W. Sahara Ave.                    703 S. Eighth Street
9      Las Vegas, Nevada 89146                Las Vegas, NV 89101
       Attorneys for Defendants               Attorney for Plaintiff

**IT IS SO ORDERED.**

_____

Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  05/27/2015**